IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM RAUCCI, Individually and as Assignee of CRE8 Design and Development, Inc.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE CANDY & TOY FACTORY and PABLO FERNANDEZ ATELA** | : | **NO. 15-3385** |

## ORDER

**AND NOW**, this second day of November, 2015, upon consideration of the defendants' Motion to Dismiss (Document No. 11), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that:

    1.    Counts III (Unjust Enrichment) and V (Lanham Act) of the complaint are **DISMISSED**;

    2.    Count VI (Conversion) of the complaint is **DISMISSED** to the extent it seeks relief for conversion of royalty payments.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.